FILED
GREAT FALLS DIV.

'06 DEC 4 PM 2 34

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| KERT G. DESHNER,<br><br>                        Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD,<br><br>                        Defendants. | No. CV 06-25-GF-SEH<br><br>**ORDER** |

On November 6, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon *de novo review of the record,* I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 4.

-1-

ORDERED:

1. Plaintiff's Petition for Writ of Habeas Corpus[2] is DISMISSED.

2. A certificate of appealability is DENIED.

DATED this 4th day of December, 2006.

*SAM E. HADDON*
United States District Judge

---

[2]Docket No. 1.

-2-